# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32656 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Kwabena PREMPEH** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 21 February 2022, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 19 and 21 February 2022, respectively. On 22 February 2022, the Government submitted its response not opposing Appellant's motion.

Additionally, on 21 February 2022, Appellant submitted a Motion for Enlargement of Time to File Answer to Specified Issues. Appellant explained it filed this motion "in an abundance of caution to ensure this Court has time to rule on the motion to withdraw before the briefs are due."

Accordingly, it is by the court on this 23d day of February, 2022,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach are **GRANTED**. Therefore, Appellant's Motion for Enlargement of Time to File Answer to Specified Issues is **DENIED** as **MOOT**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).


FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court